**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CURTIS LAVSON MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-712** |
| **LOUISIANA STATE** | **SECTION "H" (2)** |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Curtis Lavson Mitchell's request for immediate release, as outlined in his Letter to the Court (ECF No. 20) dated July 27, 2026, is **DENIED**.

New Orleans, Louisiana, this 28th day of August 2026.

**UNITED STATES DISTRICT JUDGE**