**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CURTIS LAVSON MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-712** |
| **LOUISIANA STATE** | **SECTION "H" (2)** |

**ORDER**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Curtis Lavson Mitchell's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 19th day of November, 2026.

**UNITED STATES DISTRICT JUDGE**